IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> GUZMAN SANTANA, DOMINGO <br> MELENDEZ CRUZ, IRIS YOLANDA <br><br> DEBTOR(S) | CASE NO.: **10-05503-ESL** <br> JUDGE: **ENRIQUE S. LAMOUTTE** <br><br> (CHAPTER 7) |
|---|---|

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on July 22, 2010. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

Claims docket necessary at this time. Yes _____ No __✓__.   Track No. __15__
Exemptions as claimed in Schedule C allowed. Yes __✓__ No _____
Creditor(s) Present Yes _____ No __✓__.   Attorney's Information
_____    Present with Debtor(s) was
_____    __✓__ Attorney of Record
_____    _____ Other: _____
_____    _____ Pro-Se - See Certificate

Debtor to amend within _____ days the following:
__✓__ A, ___ B, ___ C, ___ D, ___ E, ___ I & J, ___ Other _____
__✓__ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

Debtor to turn over to Trustee within _____ days:
__✓__ Documents on Real Property     _____ Documents on Vehicle
     (Appraisal, Title Search, Mortgage Balance)

_____

Trustee further requests that:
__✓__ Case be closed as no-asset as of the date of §341(a) meeting.   __✓__ Upon receipt of documents.
_____ Case be held open for potential asset recovery.
_____ Case be **RESET** the §341(a) Meeting
     _____ On the ___ day of _____, 200___, at _____.
     _____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
          _____ Debtor(s) failed to appear.
          _____ Attorney for Debtor(s) failed to appear.
          _____ Further testimony or material is needed.

     _____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
     _____ Failure to provide complete: _____ Schedules, _____ Statement of Affairs, _____ Mailing Lists,
     _____ Description of estate assets.
     _____ Failure of _____ Debtor(s) _____ Counsel to appear at:
          _____ initial _____ subsequent creditor meetings.

Dated: July 22, 2010                                 _____
                                                    WIGBERTO LUGO-MENDER, Trustee