B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **DOMINGO GUZMAN SANTANA**
     **IRIS YOLANDA MELENDEZ CRUZ**
                  Debtor(s)

Case No. **10-05503**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BANCO POPULAR** | **Describe Property Securing Debt:**<br>**DESCRIPTION: CONCRETE AND BLOCKS STRUCTURE, 3 BEDROOMS, 1 BATHROOM, LIVING-DINING ROOM. TWO STORIES AND GROUND FLOOR IS USED ENTIRELY AS A GARAGE**<br>**TITLE: REGISTERED TO DEBTORS,**<br>**INTEREST: OWNED BY DEBTORS.**<br>**Location: 6 CALLE E URB REPARTO C** |
| Property will be (check one):<br>☐ Surrendered      ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>■ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>■ Claimed as Exempt      ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| Date | **August 13, 2010** | Signature | **/s/ DOMINGO GUZMAN SANTANA** |
|---|---|---|---|
| | | | **DOMINGO GUZMAN SANTANA** |
| | | | Debtor |

| Date | **August 13, 2010** | Signature | **/s/ IRIS YOLANDA MELENDEZ CRUZ** |
|---|---|---|---|
| | | | **IRIS YOLANDA MELENDEZ CRUZ** |
| | | | Joint Debtor |